IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-00375 SI |
| Plaintiff, | **ORDER REFERRING MATTER TO MAGISTRATE JUDGE** |
| v. | |
| ENRIQUE CHAN, et al., | |
| Defendants. | |

On July 25, 2006, counsel for defendant Sergio Alvarez informed the Court by letter of a potential conflict of interest in his representation of Alvarez. The Court hereby REFERS this matter to the Magistrate Judge Spero, the current criminal duty judge, for consideration.

**IT IS SO ORDERED.**

Dated: August 2, 2006

SUSAN ILLSTON
United States District Judge